# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. KING,<br><br>          Petitioner,<br><br>     v.<br><br>PAUL SCHULTZ, Warden,<br><br>          Respondent._____/ | CV F   05-1053 OWW DLB HC<br><br>ORDER DIRECTING CLERK OF COURT TO RE-SERVE COPY OF NOVEMBER 16, 2005, ORDER DIRECTING RESPONSE TO PETITION AND DENYING PETITIONER'S MOTION FOR ENTRY OF DEFAULT<br><br>[Docs. 5, 6] |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner filed the instant petition on August 17, 2005. On November 16, 2005, the Court ordered Respondent to submit a response to the petition. The Court's order directed that a copy of the order be served on the Office of the United States Attorney General for the Eastern District of California, an agent for the appropriate Correctional Institution if applicable, and the United States Bureau of Prisons. (Court Doc. 5, at 3.) A review of the Court's docket indicates that the designated individuals for service were not properly served with the Court's November 16, 2005, order. Therefore, the Clerk of Court is directed to re-serve the November 16, 2005, on the above-named individuals as set forth in that order. (Court Doc. 5.) Because Respondent was not properly served with the Court's order to respond, Respondent cannot be faulted for failing to

///

///

1 | respond to the Court's order and is not in default; thus, Petitioner's motion is denied. The
2 | deadlines set forth in the November 16, 2005, shall be effective as of the date of re-service.
3 |     IT IS SO ORDERED.
4 | **Dated:   March 27, 2006**         **/s/ Dennis L. Beck**
   3b142a                                                  UNITED STATES MAGISTRATE JUDGE