# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. KING, | CV F   05-1053 OWW DLB HC |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION FOR ENTRY OF DEFAULT AND DIRECTING CLERK OF COURT TO RE-SERVE COURT'S NOVEMBER 16, 2005, ORDER TO RESPOND |
| v. | |
| PAUL SCHULTZ, Warden, | [Docs. 5, 7, 9] |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner filed the instant petition for writ of habeas corpus on August 17, 2005. On November 16, 2005, the Court directed Respondent to file a response to the petition. (Court Doc. 5.) On March 24, 2006, Petitioner filed a motion for default judgment. (Court Doc. 6.) On March 27, 2006, the Court directed the Clerk of Court to re-serve the Court's November 16, 2005, order on Respondent's representative as it was not properly served, and the Court denied Petitioner's request for entry of default. (Court Doc. 7.) Although the Court's order of November 16, 2005, was re-served on March 27, 2006, it was unfortunately served on the wrong representative. (Court Doc. 8.) Therefore, it is regretful to say that Respondent has yet to receive notice of this action. As such, Petitioner's motion for entry of default must be denied, and the Court will again direct the Clerk of Court to re-serve the Court's November 16, 2005, order to respond.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Clerk of Court is directed to serve a copy of November 16, 2005, order on Respondent's representatives; and

2. Petitioner's motion for entry of default is DENIED.

IT IS SO ORDERED.

Dated:     July 17, 2006                          /s/ Dennis L. Beck
3b142a                                    UNITED STATES MAGISTRATE JUDGE